=====================================================================

### * * * * * UNITED STATES DISTRICT COURT * * * * *

__*NORTHERN*__ DISTRICT OF __*NEW YORK*__

JUDGMENT IN A CIVIL CASE

DOCKET NO.   3:06cv3 (LEK/RFT)

**WILLIAM E. BUTTS,**

        Plaintiff,

**COMMISSIONER OF SOCIAL SECURITY,**

        Defendant(s).

_____ JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___XX___ DECISION by COURT. This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the final decision of the Secretary is REVERSED and the action is REMANDED <u>for a finding of disability as of 12/13/1996</u>, pursuant to the 4th sentence of 42 USC Section 405(g), in accordance with the Stipulation signed by the parties and "So Ordered" by USDJ Lawrence E. Kahn on 4/25/06.

**DATE: April 25, 2006**

*[signature]*
Clerk of Court

By: s/William J. Griffin
      DEPUTY CLERK